HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
KURT A. FRANKLIN - 172715
kfranklin@hansonbridgett.com
JAHMAL T. DAVIS - 191504
jdavis@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:     (415) 777-3200
Facsimile:     (415) 541-9366

Attorneys for Defendant
AMERICAN REPROGRAPHICS COMPANY, LLC

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>American Reprographics Company, LLC, Individually and d/b/a BROWNIE's DIGITAL IMAGING: Frank E. Pease, Individually and as Trustee of the Pease Trust, Established July 17, 1992,<br><br>　　　　　Defendants. | No. 2:07-CV-02337-FCD-KJM<br><br>**ORDER EXTENDING THE DEADLINE FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |

### **ORDER**

Pursuant to the parties' Joint Stipulation to Extend the Deadline to Respond to the Complaint, and good cause being shown:

IT IS HEREBY ORDERED that the deadline for all presently-named Defendants to file an Answer or other respond to the Complaint shall be extended to January 21, 2008.

Dated: January 2, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 1 -